BE IT REMEMBERED:

THAT at the term of the Honorable Court of Appeals for the Tenth District of the State of Texas, held at Waco on the 1st day of January, 2016, present Chief Justice TOM GRAY Justices REX D. DAVIS and AL SCOGGINS

In the cause

No. 10-16-00288-CV

IN RE CCI GULF COAST UPSTREAM, LLC.

Original Proceeding

the following order was entered on the 27th day of September, 2016:

"A response to the petition for writ of mandamus is requested. TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court within 21 days from the date of this order."

I, SHARRI ROESSLER, Clerk of the Court of Appeals for the Tenth District of Texas, at the City of Waco, hereby certify that the foregoing is a true copy of the Order entered herein by this Court in the above entitled and numbered cause as appears of record in Minute Book 13, Page 915.

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of said Court at Waco, this    day of A.D. 2016.

SHARRI ROESSLER, CLERK

By: _Nita Whitener_____

Nita Whitener, Deputy Clerk

